**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

FEDERAL INSURANCE COMPANY, as
subrogee of Marinemax of Sarasota, LLC.,

    Plaintiff,

v.                                            Case No.  8:07-cv-1237-T-30MSS

BRUNSWICK FAMILY BOAT, CO., INC.;
and PROFESSIONAL MARINER, LLC.,

    Defendants.
_____/

## ORDER OF DISMISSAL

The Court has been advised via a Mediation Report (Dkt. #46) that the above-styled action has been settled.  Accordingly, pursuant to Local Rule 3.08(b) of the M.D.Fla., it is

**ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal shall be with prejudice.  All pending motions, if any, are **DENIED** as moot.  The Clerk is directed to close the file.

DONE and ORDERED in Tampa, Florida on July 8, 2008.

                                                                   JAMES S. MOODY, JR.
                                                                   UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2007\07-cv-1237.dismissal 46.wpd