UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:07-CV-01237-T-30-MSS

FEDERAL INSURANCE COMPANY, as
subrogee of MARINEMAX OF
SARASOTA, L.L.C.,

    Plaintiff,

vs.

BRUNSWICK FAMILY BOAT, CO., INC.,
and PROFESSIONAL MARINER, LLC,

    Defendants.
_____/

As consolidated with

HOWARD LEVINE, individually and
f/u/b/o ST. PAUL FIRE & MARINE
INSURANCE COMPANY,

    Plaintiffs,

vs.

BRUNSWICK FAMILY BOAT CO., INC.,
and PROFESSIONAL MARINER, LLC

    Defendants.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come before the Court on the Parties' Joint Stipulation for Dismissal with Prejudice, and the Court having considered the joint stipulation for dismissal and having otherwise been fully advised in the premises, it is hereby

Case No. 8:07-CV-01237-T-30-MSS
Page 4

ORDERED AND ADJUDGED that the stipulation be and is approved, and the within cause be and is dismissed with prejudice, as to all parties and all claims, each party to bear their own costs and attorney's fees.

DONE AND ORDERED in Tampa, Florida, this 29 day of Aug., 2008.

JAMES S. MOODY, JR.
United States District Judge

Copies furnished to:

Christina M. Paul, Esq.
Lyman R. Reynolds, Esq.
Michael C. Black, Esq.
Jonathan W. Skipp, Esq.